DE LONGUEMERE *against* THE PHŒNIX INSURANCE COMPANY.

<div class="marginnote">

Insurance on *freight* "valued at the sum insured, carried or not carried." A part only of the cargo was on board, when the vessel was driven on shore and lost in a gale of wind It was held, that the insured was entitled to recover for a total loss.

</div>

THIS was an action on a policy of insurance on the *freight* of the ship *Etheta*, for the same voyage as described in the former case on the *ship*. (p. 120.) The policy contained the following written clause: " The said freight hereby insured, is valued at the sum insured, carried or not carried." The cause was tried at the same time with the other causes, and the same evidence given, and the same proof offered and rejected. A verdict was found for the plaintiff, for a total loss.

A motion was made to set aside the verdict, and for a new trial, which was argued by *S. Jones*, jun. and *Wells*, for the defendants, and *Colden* and *Hoffman*, for the plaintiff.

*Per Curiam.* This policy was on the *freight* of the *Etheta*,

ALBANY,
Jan. 1813.

on the voyage mentioned in the former case.   The ship had only a part of her cargo on board, when the loss happened ; but as the freight was valued at the sum insured, " carried or not carried," there cannot be a question, but that the plaintiff is entitled to recover as for a total loss, notwithstanding a full cargo was not on board.                                                           Motion denied.